IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

AUG 27 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT
ELECTRONIC EVIDENCE ON USB DRIVE FOR SELECTED EXHIBITS

NOW COMES Plaintiff Joyce Tetteh, pro se, and respectfully moves this Court for leave to submit certain electronic evidence—specifically, Exhibits 7, 9, 12, and 13—in native audio/video format on a USB drive as part of Plaintiff's evidentiary submission.

In support of this Motion, Plaintiff shows as follows:

1. Exhibits 7, 9, 12, and 13 consist of original video or audio files that cannot be accurately reproduced in paper format.
2. Written transcripts of each recording are included with Plaintiff's filings and served on Defendant.
3. Submission of the actual audio/video files is necessary for a full and fair review of the evidence.
4. Plaintiff will label the USB drive clearly and will provide a copy to Defendant's counsel as required.
5. Plaintiff will submit the USB drive to the Clerk's Office promptly upon the Court's grant of this Motion or as otherwise directed.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting Plaintiff to submit Exhibits 7, 9, 12, and 13 in native electronic format on a USB drive, and for such other and further relief as the Court deems just and proper.

Respectfully submitted, this 27 day of August, 2025.

/s/ Joyce Tetteh
Joyce Tetteh, Pro Se
414B Pleasant Way
Henderson, NC 27536
(252) 204-8051
joycetetteh3@gmail.com