IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOYCE TETTEH,
 Plaintiff,

v.  Civil Action No. 5:25-CV-445-BO

EATON CORPORATION,
 Defendant.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT ELECTRONIC EXHIBITS ON USB FLASH DRIVE

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Submit Electronic Exhibits on USB Flash Drive. Upon consideration of the motion, and for good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to submit Exhibits 7, 9, 12, and 13 in electronic format on a properly labeled USB flash drive, along with the written transcripts already provided. Plaintiff shall provide a copy of the USB flash drive to Defendant's counsel.

SO ORDERED, this ___ day of _____, 2025.

Hon. Terrence W. Boyle
United States District Judge